IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv505
(3:05cr376)

| | |
|---|---|
| GEORGE E. DIRI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

THE PRESIDENT OF THE UNITED STATES

To: The Director, Bureau of Prisons, Washington, DC

To: U.S. Marshal, Western District of North Carolina

To: Chief Executive Officer
 Federal Correctional Institution Bennettsville
 696 Muckerman Road
 Bennettsville, SC 29512

Greetings:

**IT IS HEREBY ORDERED** that you have the body of **GEORGE E. DIRI**, (inmate # 20603-058), date of birth, August 7, 1980, being held in custody at FCI Bennttsville, under safe and secure conduct before the Honorable Robert J. Conrad, Jr., Chief Judge of the United States District Court in and for the Western District of North Carolina, in courtroom number 2 on the second floor of the U.S. Courthouse in the City of Charlotte, North Carolina, **FORTHWITH** on or before Monday, June 1, 2009 at 9:45 a.m. there to appear to give testimony in a hearing in the above captioned matter, and thereafter any such proceedings scheduled for the above captioned matter then pending before the Court.

**IT IS FURTHER ORDERED** that immediately after said case shall have been disposed of, **GEORGE E. DIRI** be returned to FCI Bennettsville, under safe and secure conduct, and have you then and there this Writ.

**WITNESS** the Honorable Robert J. Conrad, Jr., Chief United States District Judge for the Western District of North Carolina at Charlotte, North Carolina, and the **SEAL** of this Court.

Signed: April 24, 2009

Robert J. Conrad, Jr.
Chief United States District Judge