# United States District Court
# For The Western District of North Carolina
# Charlotte Division

George E. Diri,

       Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                          3:07-cv-505
                                              (3:05-cr-376)

United States of America,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 12, 2010 Order.

                                              Signed: October 12, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court